# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA<br>v.<br>SMALL SMILES HOLDING COMPANY, LLC | )<br>)<br>) CASE : 3:10-0743<br>) JUDGE Campbell/Brown<br>)<br>) |

## ORDER

I hereby **RECUSE** myself in this matter. The Clerk is **directed** to reassign this case. The initial case management conference previously set before the undersigned for September 27, 2010 at 11:00 a.m. is hereby canceled.

It is so ORDERED.

JOE B. BROWN
UNITED STATES MAGISTRATE JUDGE