IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

NATIONAL UNION FIRE INSURANCE )
COMPANY OF PITTSBURGH, PA ) No. 3-10-0743
)
v. )
)
SMALL SMILES HOLDING )
COMPANY, LLC )

O R D E R

By order entered August 10, 2010 (Docket Entry No. 8), Magistrate Judge Brown recused himself, cancelled the September 27, 2010, initial case management conference, and the case was reassigned to the undersigned.

The initial case management conference is RESCHEDULED to **Thursday, September 16, 2010, at 1:00 p.m.,** in Courtroom 764, U.S. Courthouse, 801 Broadway, Nashville, TN.

As provided in the order entered August 6, 2010 (Docket Entry No. 4), the stay of discovery, pursuant to Rule 26(d) of the Federal Rules of Civil Procedure, is LIFTED.

Prior to the initial case management conference, counsel for the parties shall meet and confer pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, and shall, to the extent possible, exchange initial disclosures pursuant to Rule 26(a)(1).

Prior to the initial case management conference, counsel for the parties shall also confer and shall prepare a proposed, joint initial case management order, including the parties' respective theories of the case, issues resolved and in dispute, proposed scheduling for the progression of the case, and any other relevant matters provided in Local Rule 16.01(d)(1)(c) and 16.01(d)(2). If the parties anticipate discovery of electronically stored information, they shall include in the proposed initial case management order the methodology for such discovery. See Administrative Order No. 174, entered July 9, 2007.

Counsel shall e-file the proposed order prior to the initial case management conference.

All counsel appearing at the initial case management conference shall bring with them their calendars and be cognizant of the calendars of any attorneys not appearing at the initial case management conference whose schedules are relevant to the scheduling in this case.

The Clerk is directed to mail a copy of this order to the defendant, c/o Corporation Trust Company, 1209 Orange Street, Wilmington, Delaware 19801, by regular, first class mail (only).

In addition, the plaintiff shall serve a copy of this order upon the defendant or its counsel.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge

2

Case 3:10-cv-00743   Document 9   Filed 08/11/10   Page 2 of 2 PageID #: 188