IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,<br><br>Plaintiff,<br><br>v.<br><br>SMALL SMILES HOLDING CO., LLC,<br><br>Defendant/Third-Party Plaintiff,<br><br>v.<br><br>AFFINITY INSURANCE SERVICES, INC.,<br><br>Third-Party Defendant. | Civil Action No. 3:10-cv-00743<br><br>Chief Judge Todd J. Campbell<br>Mag. Judge Juliet Griffin<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF COUNT I OF SMALL SMILES HOLDING CO., LLC'S COUNTERCLAIM** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys for Plaintiff National Union Fire Insurance Company of Pittsburgh, PA and Defendant/Third-Party Plaintiff Small Smiles Holding Co., LLC ("SSHC"), that Count I [Violation of Tennessee Consumer Protection Act] of SSHC's Counterclaim filed on October 28, 2010 in this action shall be dismissed with prejudice and without costs to any party.

This stipulation may be signed in counterparts, or a facsimile signature shall be deemed original for the purposes of this stipulation.

Dated: Nashville, Tennessee
May 17th, 2011

By: _____
W. Brantley Phillips, Jr.
BASS, BERRY & SIMS PLC
150 Third Avenue South, Suite 2800
Nashville, Tennessee 37201
Tel. (615) 742-6200

By: _____ w/p JWC
Robert J. Walker
WALKER, TIPPS & MALONE PLC
2300 One Nashville Place
150 Fourth Avenue North
Nashville, Tennessee 37219

DMSLIBRARY01-16160727.1

*Attorneys for Plaintiff*

Lawrence Klein
Scott D. Greenspan
SEDGWICK LLP
125 Broad Street, 39th Floor
New York, New York 10004
Tel. (212) 422-0202

*Attorneys for Plaintiff*

Tel. (615) 313-6000

*Attorneys for Defendant/Third-Party Plaintiff*

SO ORDERED.

*Todd Campbell*

CHIEF JUDGE TODD J. CAMPBELL