IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

NATIONAL UNION FIRE INSURANCE )
COMPANY OF PITTSBURGH, PA, ) No. 3-10-0743
    Plaintiff/Counter-Defendant )
)
v. )
)
SMALL SMILES HOLDING )
COMPANY, LLC, )
    Defendant/Counter-Plaintiff/ )
    Third-Party Plaintiff )
)
v. )
)
AFFINITY INSURANCE SERVICES, )
INC. )
    Third-Party Defendant )

O R D E R

The plaintiff's unopposed motion to reset status conference on plaintiff's pending motion to compel (Docket Entry No. 310) is GRANTED.

The telephone conference call, rescheduled by order entered March 21, 2014 (Docket Entry No. 309), on March 28, 2014, is RESCHEDULED to **Wednesday, April 2, 2014, at 3:00 p.m.,** to address the progress made toward reaching a resolution of the plaintiff's pending motion to compel (Docket Entry No. 276).

The parties and the Court will use the same call-in number and code previously provided by counsel for the plaintiff.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge