IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, | ) ) | No. 3-10-0743 |
| Plaintiff | ) ) | |
| v. | ) ) | |
| SMALL SMILES HOLDING COMPANY, LLC, | ) ) | |
| Defendant/Third-Party Plaintiff | ) ) | |
| v. | ) ) | |
| AFFINITY INSURANCE SERVICES, INC. | ) ) | |
| Third-Party Defendant | ) | |

O R D E R

By notice filed on August 28, 2014 (Docket Entry No. 350), the defendant has WITHDRAWN as MOOT its pending motion to compel plaintiff to supplement responses to defendant's fourth interrogatories and fifth requests for admission. Therefore, the Clerk is directed to terminate that motion (Docket Entry No. 327) as pending.

As a result of the parties' stipulation (Docket Entry No. 350-1), the hearing, scheduled by order entered August 20, 2014 (Docket Entry No. 349), on September 12, 2014, is CANCELLED.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge