IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

NATIONAL UNION FIRE INSURANCE )
COMPANY OF PITTSBURGH, PA,    )    No. 3-10-0743
    Plaintiff                 )
                              )
v.                            )
                              )
SMALL SMILES HOLDING          )
COMPANY, LLC,                 )
    Defendant/Third-Party Plaintiff )
                              )
v.                            )
                              )
AFFINITY INSURANCE SERVICES,  )
INC.                          )
    Third-Party Defendant     )

O R D E R

The plaintiff's request to file a redacted version of the transcript of the July 30, 2014, proceeding (Docket Entry No. 351) is GRANTED.

The Clerk is directed to file the redacted transcript (Docket Entry No. 351-1), and to maintain the unredacted transcript (Docket Entry No. 345) UNDER SEAL.

The plaintiff's motion for leave to file memorandum, declaration and supporting exhibits under seal (Docket Entry No. 354) is GRANTED.

The Clerk is directed to maintain the memorandum (Docket Entry No. 355) and declaration with attached exhibits (Docket Entry Nos. 355 and 356) in support of the plaintiff's motion to compel UNDER SEAL.

The defendant's motion for leave to file under seal materials in response to the motion to compel (Docket Entry No. 359) is GRANTED.

The Clerk is directed to maintain the defendant's response in opposition to the motion to compel and declaration of Adrian C. Azer with attached exhibits (Docket Entry Nos. 360 and 361) UNDER SEAL.

The plaintiff's motion for leave to file its reply under seal (Docket Entry No. 363) is GRANTED.

The Clerk is directed to maintain the defendant's reply (Docket Entry No. 364) UNDER SEAL.

By order entered November 17, 2014 (Docket Entry No. 367), a hearing on the plaintiff's motion to compel (Docket Entry No. 353) was scheduled on December 18, 2014. However, before the scheduled hearing, counsel for the parties advised the Court that the parties were exploring the possibility of reaching a resolution and requested that the hearing be continued. Therefore, the December 18, 2014, hearing was cancelled and has not been rescheduled.

As a result, the plaintiff's motion to compel (Docket Entry No. 353) is DENIED with leave to renew if a resolution cannot be reached.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge