IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

NATIONAL UNION FIRE INSURANCE )
COMPANY OF PITTSBURGH, PA, ) No. 3-10-0743
    Plaintiff )
)
v. )
)
SMALL SMILES HOLDING )
COMPANY, LLC, )
    Defendant/Third-Party Plaintiff )
)
v. )
)
AFFINITY INSURANCE SERVICES, )
INC. )
    Third-Party Defendant )

O R D E R

Counsel for the parties called the Court on March 20, 2015, at which time they updated the Court on the status of the case and addressed the potential for extending deadlines and rescheduling the trial.[1]

Counsel for the parties shall convene another telephone conference call with the Court on **Wednesday, May 27, 2015, at 10:00 a.m.** to address the current status of the case. Unless otherwise directed, the Court and the parties shall use the same call in number and code as previously provided.

It is so ORDERED.

*Juliet Griffin*
JULIET GRIFFIN
United States Magistrate Judge

---

[1] The trial is currently scheduled on May 10, 2016, with discovery to be completed by May 1, 2015, and dispositive motions to be filed by November 2, 2015.