UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., <br><br> Plaintiff, <br><br> v. <br><br> SMALL SMILES HOLDING CO., LLC, <br><br> Defendant/Third-Party Plaintiff, <br><br> v. <br><br> AFFINITY INSURANCE SERVICES, INC., <br><br> Third-Party Defendant. | CASE NO. 3:10-cv-00743 <br> Judge Sharp <br> Magistrate Judge Griffin |

**ORDER**

This matter is before the Court pursuant to the joint motion filed by Defendant Small Smiles Holding Co., LLC (n/k/a SSHC DIP, LLC), Plaintiff National Union Fire Insurance Company of Pittsburgh, Pa., and Third-Party Defendant Affinity Insurance Services, Inc., to administratively close the pending action, *National Union Fire Insurance Company of Pittsburgh, Pa. v. Small Smiles Holding Co., LLC v. Affinity Insurance Services, Inc.*, Case No. 3:10-cv-00743. After reviewing the motion, the papers filed in support of the motion, together with the entire record in this cause, the Court finds that the motion is well-taken and should be GRANTED.

It is, therefore, ORDERED as follows:

(1) this case shall be administratively closed, without prejudice, as of the entry date of this order;

(2) any party may petition the Court to have the case reopened after 30 days' written notice to all parties and no other party may object to entry of an order reopening the case; and

(3) the parties shall maintain and preserve all evidence, including all documents and electronically stored information ("ESI") that they have collected for this action, including, but not limited to, the parties' respective claims and defenses, until the final resolution of this case.

*Kevin H. Sharp*
HONORABLE KEVIN H. SHARP
U. S. DISTRICT JUDGE