IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

|  |  |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, <br><br> Plaintiff, <br><br> v. <br><br> SMALL SMILES HOLDING CO., LLC, <br><br> Defendant/Third-Party Plaintiff, <br><br> v. <br><br> AFFINITY INSURANCE SERVICES, INC., <br><br> Third-Party Defendant. | Civil Action No. 3:10-cv-00743 <br><br> Judge Kevin H. Sharp <br> Magistrate Judge Juliet Griffin |

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff, National Union Fire Insurance Company of Pittsburgh, PA, Defendant and Third-Party Plaintiff, Small Smiles Holding Co., LLC (n/k/a SSHC DIP, LLC), and Third-Party Defendant Affinity Insurance Services, Inc. through their undersigned counsel, that pursuant to Federal Rule of Civil Procedure 41, all claims asserted in the above entitled action, including all counterclaims, crossclaims, and third-party claims are dismissed with prejudice, and without costs or fees to any party as against the other.

| | |
|---|---|
| Dated: July 27, 2016 | /s/ W. Brantley Phillips, Jr. (by JWC w/ permission)<br>W. Brantley Phillips, Jr.<br>Kathryn Hannen Walker<br>BASS, BERRY &SIMS PLC<br>150 Third Avenue South, Suite 2800<br>Nashville, Tennessee 37201<br>(615) 742-6200<br>bphillips@bassberry.com<br>kwalker@bassberry.com<br><br>Lawrence Klein<br>Gilbert Lee<br>SEDGWICK LLP<br>225 Liberty Street, 28th Floor<br>New York, New York 10281-1008<br>Telephone: (212) 422-0202<br>Facsimile: (212) 422-0925<br>lawrence.klein@sedgwicklaw.com<br>gilbert.lee@sedgwicklaw.com<br><br>*Attorneys for Plaintiff* |
| Dated: July 27, 2016 | /s/ Jason W. Callen<br>Jason W. Callen<br>BUTLER SNOW LLP<br>The Pinnacle at Symphony Place<br>150 3rd Avenue South, Suite 1600<br>Nashville, Tennessee 37201<br>(615) 651-6700<br>jason.callen@butlersnow.com<br><br>Craig Litherland<br>Adrian C. Azer<br>GILBERT LLP<br>1100 New York Avenue, Suite 700<br>Washington, DC 20005<br>litherlandc@gotofirm.com<br>azera@gotofirm.com<br><br>*Attorneys for Defendant* |

Dated: July 27, 2016				/s/ Phillip F. Cramer (by JWC w/ permission)
						Phillip F. Cramer
						Ryan Thomas Holt
						SHERRARD &ROE, PLC
						150 Third Avenue South, Suite 1100
						Nashville, Tennessee 37201
						pcramer@sherrardroe.com
						rholt@sherrardroe.com

						George Gigounas
						DLA PIPER LLP
						555 Mission Street
						Suite 2400
						San Francisco, CA 94105
						george.gigounas@dlapiper.com

						Shand S. Stephens
						DLA PIPER LLP
						1251 Avenue of the Americas
						New York, NY 10020
						shand.stephens@dlapiper.com

						*Attorneys for Third-Party Defendant*

# CERTIFICATE OF SERVICE

I hereby certify that on the 27th of July, 2016, a copy of the foregoing has been served by the Court's electronic filing system on all registered users, and by United States mail, first-class postage prepaid on all others, upon the following:

| | |
|---|---|
| W. Brantley Phillips, Jr. | Phillip F. Cramer |
| Kathryn Hannen Walker | Ryan Thomas Holt |
| BASS, BERRY & SIMS PLC | SHERRARD & ROE, PLC |
| Suite 2800 | Suite 1100 |
| 150 Third Avenue South | 150 Third Avenue South |
| Nashville, Tennessee 37201 | Nashville, Tennessee 37201 |
| | |
| Lawrence Klein | George Gigounas |
| Gilbert Lee | DLA PIPER LLP (US) |
| SEDGWICK LLP | Suite 2400 |
| 225 Liberty Street, 28th Floor | 555 Mission Street |
| New York, New York 10281 | San Francisco, California 94105 |
| | |
| | Shand S. Stephens |
| | DLA PIPER LLP (US) |
| | 1251 Avenue of the Americas |
| | New York, New York 10020 |

/s/ Jason W. Callen

32075258v1